3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-08874-JWH (AS) | Date | January 15, 2026 |
|---|---|---|---|
| Title | *Michael Cook v. CMC Prison Warden, et. al.,* | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**    **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On September 9, 2024, Plaintiff Michael Cook filed a complaint pursuant to 42 U.S.C § 1983, accompanied by a request to proceed without prepayment of filing fees. (Dkt. Nos. 1-2). The Court subsequently issued a notice of assignment of this matter which was mailed to Plaintiff's address of record. (Dkt. No. 3). On October 31, 2025, Plaintiff filed a certificate of trust account statement and letter, (Dkt. Nos. 6-7), which were subsequently stricken as duplicative of earlier filings. (Dkt. No. 8). On December 1, 2025, the Court denied Plaintiff's request to proceed without prepayment of the filing fee and ordered Plaintiff to pay the full filing fee within thirty (30) days of the Court's Order. (Dkt. No. 9). On December 12, 2026, the Court's Orders striking Plaintiff's duplicative filings were returned to the Court as undeliverable. (Dkt. Nos. 10-11). On December 22, 2026, the Court issued an order requiring Plaintiff to provide the Court with his current address pursuant to Local Ruler 41-6 within ten days (Dkt. No. 12). Plaintiff was expressly warned that if he failed to respond to the Court's Order, his action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Id.

To date, Plaintiff has failed to provide the Court with his updated address and previous Court Orders have been returned to the Court as undeliverable. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than February 20, 2026,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the submission of an updated address for Plaintiff in compliance with the Court's Order dated December 22, 2025, a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to comply with the Court's Order.

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 25-08874-JWH (AS) | Date | January 15, 2026 |
|-----|----------------------|------|------------------|
| Title | *Michael Cook v. CMC Prison Warden, et. al.,* | | |

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc:    John W. Holcomb
       United States District Judge

0    :    00

Initials of
Preparer